UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY C. LEE,

    Plaintiff,

                                          Case No. 5:06-cv-66
v.                                        Hon. Hugh W. Brenneman, Jr.

THE UNIVERSITY OF MICHIGAN-
DEARBORN, *et al.*,

    Defendants.
                                                   /

### JUDGMENT ORDER

For the reasons as set forth in the court's opinion,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (docket no. 20) is **GRANTED** as to Counts One and Three and **DENIED** as to Count Two.

**IT IS FURTHER ORDERED** that Counts One and Three are **DISMISSED**.

**IT IS FURTHER ORDERED** that plaintiff's remaining breach of contract claim asserted in Count Two is **REMANDED** to the Michigan Court of Claims.

Dated:  September 27, 2007                        /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge